UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>        Plaintiff,<br><br>    v.<br><br>THE TJX COMPANIES, INC.,<br><br>        Defendant. | Case Nos.  5:23-cv-00726 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to 5:21-cv-06714 VKD, *Gastelum v. TJX Companies.*

**IT IS SO ORDERED.**

Dated:  May 26, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 23-cv-00726 NC
SUA SPONTE JUDICIAL REFERRAL